# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KENNETH P. FEHL,

    Plaintiff,

v.

MANHATTAN INSURANCE GROUP;
DOES 1 through 20,
    Defendant.

No. CV 11-02688 JF

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration      ☐ ENE      ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

The parties have not yet selected a private mediator, and wish to exhaust informal settlement before doing so.

Dated: _____
Attorney for Plaintiff

Dated: _____
Attorney for Defendant

IT IS SO ORDERED:

Dated: 8/23/11

UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
1

KPF

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 8/17/11       Kenneth P Fehl
                     [Typed name and signature of plaintiff]

Dated: _____   _____
                     [Typed name and signature of counsel for plaintiff]

Dated: 7/17/2011    A. Louis Dorny
                     [Typed name and signature of defendant]

Dated: _____   _____
                     [Typed name and signature of counsel for defendant]

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2
REV. 5/00

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, 633 West Fifth Street, 52nd Floor, Los Angeles, CA 90071. On August 17, 2011, I served a copy of the documents described as:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

☒ VIA U.S. MAIL: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

BY OVERNIGHT COURIER: by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as set forth below.

VIA ELECTRONIC CASE FILING: I filed electronically the document(s) listed above, using the CM/ECF's electronic case filing service. Counsel of record is registered to file electronically with this Court, and receive copies of the documents via e-mail from the court to confirm filing.

### SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on August 17, 2011, at Los Angeles, California

_____
Mila Owen

-1-
PROOF OF SERVICE

## SERVICE LIST

Kenneth P. Fehl, Esq.
Law Offices of Kenneth P. Fehl
736 East Meadow Drive
Palo Alto, CA 94303-4444

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

MALI/1070221/9888183v.1