Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH P. FEHL,<br><br>                Plaintiff,<br><br>vs.<br><br>MANHATTAN INSURANCE GROUP;<br>THE MANHATTAN LIFE<br>INSURANCE COMPANY;<br>DOES 2 through 20,<br><br>                Defendants. | CASE NO. CV 11-02688 LKH<br><br>[~~PROPOSED~~] **ORDER EXTENDING MEDIATION RETURN DATE** |

On request of the parties, and issuance of this Order, under the Northern District ADR Unit mediation processes, the Parties mediation return date is extended for good cause shown, from November 28, 2011 to February 29, 2012.

Dated: November 29, 2011

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

-1-
~~(PROPOSED)~~ ORDER EXTENDING MEDIATION RETURN DATE