Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH P. FEHL,<br><br>    Plaintiff,<br><br>vs.<br><br>MANHATTAN INSURANCE GROUP; DOES 1 through 20,<br><br>    Defendants. | CASE NO. CV 11-02688 LHK<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE AND MOTION HEARING VIA TELEPHONIC APPEARANCE<br><br>Date: January 5, 2012 |

IT IS HEREBY ORDERED THAT:

Counsel for Defendants Manhattan Insurance Group and Manhattan Life Insurance Company is authorized to attend the 1:30 p.m. January 5, 2012 Case Management Conference and Motion to Dismiss in this matter via telephonic appearance. Defendants' counsel is directed to contact CourtCall to schedule the telephonic appearance.

Dated: 12/22/11

*Lucy H. Koh*
Judge of the District Court