UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH FEHL, <br><br> Plaintiff, <br> v. <br><br> MANHATTAN INSURANCE GROUP; DOES 1 through 20, <br><br> Defendants. | Case No.: 11-CV-02688-LHK <br><br> ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for January 5, 2012, as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Wednesday, January 4, 2012, at noon. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: January 2, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge