**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

KENNETH P. FEHL,
    Plaintiff,

No. C 11-2688 LHK

v.
MANHATTAN INSURANCE GROUP,
    Defendant.
_____/

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: February 23, 2012
Mediator: Bo Links

    IT IS HEREBY ORDERED that the request to excuse defendant's representative from appearing in person at the February 23, 2012, mediation before Bo Links is GRANTED. The representative shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

January 23, 2012      By: _/s/ Elizabeth D. Laporte_____
Dated
                                      Elizabeth D. Laporte
                                    United States Magistrate Judge