UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KENNETH P. FEHL,<br>    Plaintiff, | No. C 11-2688 LHK |
| v.<br>MANHATTAN INSURANCE GROUP,<br>    Defendant. | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:       February 23, 2012<br>Mediator:   Bo Links |

IT IS HEREBY ORDERED that the request to excuse defendant's representative from appearing in person at the February 23, 2012, mediation before Bo Links is GRANTED. The representative shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

January 23, 2012          By:   *Elizabeth D. Laporte*

Dated                                  Elizabeth D. Laporte
                                       United States Magistrate Judge