Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH P. FEHL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MANHATTAN INSURANCE GROUP;<br>DOES 1 through 20,<br><br>　　　　　　Defendants. | CASE NO. CV 11-02688 LHK<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST TO ATTEND FURTHER CASE MANAGEMENT CONFERENCE VIA TELEPHONIC APPEARANCE<br><br>Date:  March 21, 2012 |

IT IS HEREBY ORDERED THAT:

Counsel for Defendants Manhattan Insurance Group and Manhattan Life Insurance Company is authorized to attend the 2:00 p.m. March 21, 2012 Further Case Management Conference in this matter via telephonic appearance. Defendants' counsel is directed to contact CourtCall to schedule the telephonic appearance.

Dated: 3/8/12

*Lucy H. Koh*

Judge of the District Court

MALI/1070221/11915541v.1

-1-

[~~Proposed~~] Order Granting Defendants' Request for Telephonic Hearing　　　　CV 11-02688 LHK