**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7    UNITED STATES DISTRICT COURT

8    NORTHERN DISTRICT OF CALIFORNIA

9    SAN JOSE DIVISION

10   KENNETH P. FEHL                          )    Case No.: CV 11-02688 LHK (PSG)
                                              )
11                        Plaintiff,          )    **ORDER DENYING REQUEST TO**
                                              )    **PERMIT TELEPHONIC**
12         v.                                 )    **PARTICIPATION OF PARTY**
                                              )    **REPRESENTATIVES AT**
13   MANHATTAN INSURANCE GROUP; DOES          )    **MEDIATION**
     1 through 20,                            )
14                                            )
                                              )
                          Defendants.         )
15                                            )

16         Having considered Defendant Manhattan Insurance Group and Defendant Manhattan Life

17   Insurance Company's Request to Permit Telephonic Participation of Party Representatives at the

18   June 11, 2012 Mediation,

19         It is hereby DENIED. A party representative for Defendant Manhattan Insurance Group and

20   Defendant Manhattan Life Insurance Company with full settlement authority shall attend the

21   mediation on June 11, 2011 at 10:00 a.m.

22   **IT IS SO ORDERED.**

23   Dated: 5/2/2012

24                                          _____
                                            PAUL S. GREWAL
25                                          United States Magistrate Judge

26

27

28
                                             1
     Case No.: CV 11-02688 LHK (PSG)
     **ORDER DENYING REQUEST TO PERMIT TELEPHONIC PARTICIPATION OF**
     **PARTY REPRESENTATIVES AT MEDIATION**