UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH P. FEHL,<br><br>   Plaintiff,<br><br>v.<br><br>MANHATTAN INSURANCE GROUP; DOES 1 through 20,<br><br>   Defendants. | Case No.: CV 11-02688 LHK (PSG)<br><br>**ORDER DENYING REQUEST TO PERMIT TELEPHONIC PARTICIPATION OF PARTY REPRESENTATIVES AT MEDIATION** |

  Having considered Defendant Manhattan Insurance Group and Defendant Manhattan Life Insurance Company's Request to Permit Telephonic Participation of Party Representatives at the June 11, 2012 Mediation,

  It is hereby DENIED. A party representative for Defendant Manhattan Insurance Group and Defendant Manhattan Life Insurance Company with full settlement authority shall attend the mediation on June 11, 2011 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: 5/2/2012

                _____
                PAUL S. GREWAL
                United States Magistrate Judge