UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH FEHL, | Case No.: 11-CV-02688-LHK |
| Plaintiff, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| MANHATTAN INSURANCE GROUP; DOES 1 through 20, | |
| Defendants. | |

The parties appear to have reached a settlement agreement and are finalizing the documents before filing a stipulated dismissal pursuant to Rule 41. According to the settlement conference minutes, the parties intend to exchange draft agreements within 30 days of the settlement conference date. *See* ECF No. 70. The case is currently scheduled for a case management conference on June 20, 2012. The case management conference is hereby CONTINUED to July 25, 2012. By July 18, 2012, the parties shall file a stipulated dismissal.

**IT IS SO ORDERED.**

Dated: June 15, 2012

_____
LUCY H. KOH
United States District Judge