1  KENNETH P. FEHL, ESQ.
   LAW OFFICES OF KENNETH P. FEHL
2  736 EAST MEADOW DRIVE
   PALO ALTO, CA 94303-4444
3  TEL: (650) 85-3440
   FAX: (650) 856-0413
4  Pro Se

5

6  RONALD K. ALBERTS (SBN: 100017)
   A. LOUIS DORNY (SBN: 212054)
7  GORDON & REES LLP
   633 West Fifth Street, 52nd Floor
8  Los Angeles, CA 90071
   Telephone: (213) 576-5000
9  Facsimile: (213) 680-4470
   ralberts@gordonrees.com
10 ldorny@gordonrees.com

11
   Attorneys for Defendants
12 MANHATTAN INSURANCE GROUP and
   MANHATTAN LIFE INSURANCE COMPANY
13

14                UNITED STATES DISTRICT COURT

15            FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 KENNETH P. FEHL,                  )  CASE NO. CV 11-02688 LHK
                                     )
18                  Plaintiff,       )  **STIPULATION OF DISMISSAL**
                                     )  **WITH PREJUDICE, PURSUANT**
19       vs.                         )  **TO FEDERAL RULE OF CIVIL**
                                     )  **PROCEDURE 41(a) AND**
20 MANHATTAN INSURANCE GROUP;        )  **[PROPOSED] ORDER**
   DOES 1 through 20,                )
21                                   )
                                     )
22                  Defendants.      )
                                     )
23 _____

24

25

26      WHEREAS, the parties have reached a resolution of this matter, the parties

27 agree to dismiss this action in its entirety with prejudice, pursuant to Federal Rule of

28 Civil Procedure 41(a). This resolution includes a resolution of all issues relating to

-1-
STIPULATION RE DISMISSAL                              CASE NO. CV 11-02688 LHK

attorneys' fees and costs. ACCORDINGLY, the parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*. As Plaintiff is not an ECF User, the undersigned defense counsel hereby attests that Plaintiff concurs with this filing.

Respectfully submitted,

Dated: July 2, 2012　　　　　　　　　LAW OFFICES OF KENNETH P. FEHL

By: /s/ Kenneth P. Fehl
　　　Kenneth P. Fehl Esq. *Pro Se*

Dated: July 2, 2012　　　　　　　　　GORDON & REES LLP

By:　/s/ A. Louis Dorny
　　　Ronald K. Alberts
　　　A. Louis Dorny
　　　Attorneys for Defendants Manhattan Insurance Group and Manhattan Life Insurance Company

**IT IS SO ORDERED.**

Dated: July 9, 2012

*Lucy H. Koh*
Honorable Lucy H. Koh.
United States District Court Judge

-2-

STIPULATION RE DISMISSAL　　　　　　　　　CASE NO. CV 11-02688 LHK