KENNETH P. FEHL, ESQ.
LAW OFFICES OF KENNETH P. FEHL
736 EAST MEADOW DRIVE
PALO ALTO, CA 94303-4444
TEL: (650) 85-3440
FAX: (650) 856-0413
Pro Se


RONALD K. ALBERTS (SBN: 100017)
A. LOUIS DORNY (SBN: 212054)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
ralberts@gordonrees.com
ldorny@gordonrees.com

Attorneys for Defendants
MANHATTAN INSURANCE GROUP and
MANHATTAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH P. FEHL,<br><br>   Plaintiff,<br><br>vs.<br><br>MANHATTAN INSURANCE GROUP;<br>DOES 1 through 20,<br><br>   Defendants. | CASE NO. CV 11-02688 LHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) AND [PROPOSED] ORDER** |

   WHEREAS, the parties have reached a resolution of this matter, the parties agree to dismiss this action in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). This resolution includes a resolution of all issues relating to

-1-

STIPULATION RE DISMISSAL                                   CASE NO. CV 11-02688 LHK

attorneys' fees and costs. ACCORDINGLY, the parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*. As Plaintiff is not an ECF User, the undersigned defense counsel hereby attests that Plaintiff concurs with this filing.

Respectfully submitted,

Dated: July 2, 2012         LAW OFFICES OF KENNETH P. FEHL

                            By: /s/ Kenneth P. Fehl
                                Kenneth P. Fehl Esq. *Pro Se*


Dated: July 2, 2012         GORDON & REES LLP


                            By:  /s/ A. Louis Dorny
                                 Ronald K. Alberts
                                 A. Louis Dorny
                                 Attorneys for Defendants Manhattan
                                 Insurance Group and Manhattan Life
                                 Insurance Company

**IT IS SO ORDERED.**

Dated: July 9, 2012         *Lucy H. Koh*
                            Honorable Lucy H. Koh.
                            United States District Court Judge